Entered: March 16th, 2026
Signed: March 13th, 2026

## SO ORDERED

Debtor is admonished that filing another bankruptcy case prior to the date on which she is eligible to be a debtor may result in the dismissal of any subsequent case with a 2-year ban on refiling pursuant to 11 U.S.C. § 105(a).



_Maria Ellena Chavez-Ruark_

**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:  Case No.: **26–12561 – MCR**  Chapter: **13**

**Patricia Y Black**
Debtor

## ORDER DISMISSING CASE
## OF INELIGIBLE DEBTOR

It appears that a previous case filed by Debtor in this Court, Case No. 26–10320, was dismissed under 11 U.S.C. § 109(g) within 180 days of the date of the filing of the petition in this case. Consequently, under 11 U.S.C. § 109(g), the Debtor is not eligible for relief under Title 11 in this case. Therefore, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the above–captioned case under Title 11 (U.S.C.) is dismissed, effective as of the filing of the petition.

cc:  Debtor
   Attorney for Debtor – PRO SE
   Case Trustee – Timothy P. Branigan

### End of Order

15x01 (rev. 07/12/1999) – MarkRybczynski